Ellen's Stardust, Inc. v Getzel, Schiff & Pesce, LLP

2026 NY Slip Op 02037

April 2, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

Ellen's Stardust, Inc., et al., Plaintiffs-Respondents,

v

Getzel, Schiff & Pesce, LLP, Defendant-Appellant.

Decided and Entered: April 02, 2026

Index No. 651690/21|Appeal No. 5912|Case No. 2025-01400|

Before: Renwick, P.J., Kennedy, Rodriguez, Pitt-Burke, O'neill Levy, JJ.

[*1]

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Andrew Borrok, J.), entered on or about February 07, 2025,

And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated March 19, 2026,

It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.

ENTERED: April 2, 2026